IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., <br> Plaintiff, <br><br> v. <br><br> M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, <br> Defendants | Civil Action No. <br><br> **VERIFIED COMPLAINT** |

## COMPLAINT IN ADMIRALTY

Plaintiff, by its attorneys, HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, P.C., alleges upon information and belief, as follows:

### JURISDICTION

1. All and singular the following premises are true and constitute an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

### PARTIES

2. At and during all the times hereinafter mentioned, Plaintiff was and now is a corporation organized and existing under and by virtue of the laws of the State of New York, with an office and place of business at 333 Westchester Avenue, White Plains, New York 10604.

3. At and during all the times hereinafter mentioned, Defendant WESTERN BULK CARRIERS A.S. was and now is a corporation or other legal entity organized and existing under

{2242.00001:APF3294}

and by virtue of foreign law with an office and place of business c/o Western Bulk Seattle, 1001 Fourth Avenue, Seattle, Washington 98154 and was and now is engaged in business as a common carrier of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the M.V. DOBRUSH as a common carrier of merchandise by water for hire.

4. At and during all the times hereinafter mentioned, Defendant COMMERCIAL FLEET OF DONBASS was and now is a corporation or other legal entity organized and existing under any by virtue of foreign law, with an office and place of business at 89 ul. Admirala Lunina, Mariupol, Ukraine and was and now is engaged in business as a common carrier of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the M.V. DOBRUSH as a common carrier of merchandise by water for hire.

5. At and during all the times hereinafter mentioned, the M.V. DOBRUSH was and now is a general ship employed in the common carriage of merchandise by water for hire, and now is or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

## FACTS

6. On or about January 28, 2007, and at the port of St. Petersburg, Russia, there was shipped by Severstal Export GmbH and delivered to Defendants and the M.V. DOBRUSH, as common carriers, a shipment of steel coils and plates then being in good order and condition, and Defendants and the M.V. DOBRUSH then and there accepted said shipment so shipped and delivered to them, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipment to the port of Wilmington, Delaware, and

{2242.00001:APF3294}

there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignee, plaintiff MACSTEEL INTERNATIONAL USA CORP.

7. Thereafter, the M.V. DOBRUSH arrived at the port of Wilmington, Delaware, where it and Defendants made delivery of the shipment, but not in like good order and condition as when shipped, delivered to and received by them, but on the contrary, seriously injured and impaired in value by reason of loss, damage and contamination of the shipment, all in violation of Defendants' and the M.V. DOBRUSH's obligations and duties as common carriers of merchandise by water for hire.

8. Plaintiff MACSTEEL INTERNATIONAL USA CORP. was the consignee and owner of the said steel shipment and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

9. By reason of the premises, Plaintiff MACSTEEL INTERNATIONAL USA CORP. has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $203,446.60.

**WHEREFORE,** Plaintiff MACSTEEL INTERNATIONAL USA CORP. prays:

1. That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2. That if Defendants cannot be found within this District, then all their property within this District, be attached in the sum of $203,446.60, with interest (prejudgment and postjudgment), thereon and attorneys' fees and costs, the sum sued for in this Complaint;

3. That Judgment may be entered in favor of Plaintiff against Defendants for the amount of Plaintiff's damages, together with interest (prejudgment and postjudgment), attorneys' fees and costs and the disbursements of this action;

4. That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, may issue against the M.V. DOBRUSH *in rem*, her engines, boilers, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matters aforesaid, and that this Court will be pleased to pronounce judgment in favor of Plaintiff for its damages as aforesaid, with interest (prejudgment and postjudgment), costs and disbursements, and that the M.V. DOBRUSH may be condemned and sold to pay therefor; and

5. That this Court will grant to Plaintiff such other and further relief as may be just and proper.

                                HOLLSTEIN KEATING
                                CATTELL JOHNSON & GOLDSTEIN, P.C.

By: _____
      Lynne M. Parker, Esq. (No. 2811)
      1201 North Orange Street, Suite 730
      Wilmington, Delaware 19801
      Phone: (302) 884-6700
      Fax:   (302) 573-2507
      Attorneys for Plaintiff

Dated: August 3, 2007

<u>VERIFICATION OF ATTORNEY</u>

STATE OF DELAWARE   )
                    ) SS:
COUNTY OF NEW CASTLE)

Lynne M. Parker, being duly sworn, deposes and states:

I am a member of the law firm of HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, P.C., attorneys for plaintiff, MACSTEEL INTERNATIONAL USA CORP., in this action and my office is located at 1201 N. Orange Street, Suite 730, Wilmington, Delaware 19801. This verification is made by me because plaintiff MACSTEEL INTERNATIONAL USA CORP. has no offices within the County of New Castle, which is the county where I have my office.

I have read the foregoing Verified Answer and know its contents. The Verified Answer is true to my knowledge, except as to matters alleged upon information and belief, and as to those matters, I believe them to be true.

The sources of my information and grounds for my belief as to all matters in the foregoing Verified Answer not stated to be made upon my knowledge are as follows: conversations with defendant and review of file materials.

_____
Lynne M. Parker

Sworn to before me this
3rd day of August, 2007.

_____
Notary Public

**ANGELA P. FORTE**
**Notary Public of New Jersey**
**Commission Expires 4/18/2011**

{2242.00001:LMP2499}

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MACSTEEL INTERNATIONAL USA CORP.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C.
1201 North Orange Street, Suite 730
Wilmington, DE 19801 (302)884-6700

## DEFENDANTS
M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
RAWLE & HENDERSON
Widener Building, One S. Penn Square
Philadelphia, Pennsylvania 19107 (215) 575-4369

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Rule 9(h) of Federal Rules of Civil Procedure
Brief description of cause: Damage to shipment of steel coils and plates

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 203,446.60
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/3/07
SIGNATURE OF ATTORNEY OF RECORD
Lynne M. Parker

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 7 - 4 8 4__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

_____   _____*[signature]*_____
(Date forms issued)           (Signature of Party or their Representative)

                              _____Kerry Mahoney_____
                              (Printed name of Party or their Representative)

**Note: Completed receipt will be filed in the Civil Action**