IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP. | : | CIVIL ACTION |
| Plaintiff, | : | No. 07-484 (JJF) |
| v. | : | |
| MV DOBRUSH IN REM, HER ENGINES, BOILERS, ETC., ET AL., | : | |
| Defendants. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5 and the attached certification, counsel moves the Admission Pro Hac Vice of A. Robert Degen to represent Defendant Western Bulk Carriers K/S in this action.

FOX ROTHSCHILD, LLP

By: _____
SHARON ORAS MORGAN, ESQUIRE
Delaware Bar No. 4287
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
*Attorneys for Western Bulk Carriers K/S*

Dated: August __, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, State of New Jersy and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this Motion.

Date: August 21, 2007

_____
A. ROBERT DEGEN, ESQUIRE
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2000 – Phone
(215) 299-2150 – Fax

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                                 United States District Judge