IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., <br>                       Plaintiff, <br> v. <br> M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, <br>                       Defendants. | Civil Action No. 07-484 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James F. Sweeney to represent Plaintiff MacSteel International USA Corp. in this action.

                                        HOLLSTEIN KEATING
                                CATTELL JOHNSON & GOLDSTEIN P.C.

                            By: /s/ Lynne M. Parker
                                Lynne M. Parker, Bar No. 2811
                                1201 N. Orange Street, Suite 730
                                Wilmington, Delaware 19801
                                (302) 884-6700
                                Attorneys for Plaintiff
                                MacSteel International USA Corp.

Dated: August 30, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court upon the filing of this Motion.

Date: August 24, 2007

JAMES F. SWEENEY, ESQUIRE
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
New York, NY  10005
(212) 220-3830

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                                                      United States District Judge

{2242.00001:APF3504}

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2007, I electronically filed the foregoing Motion and Order for Admission of James F. Sweeney, Esquire for *Pro Hac Vice* on behalf of Plaintiff MacSteel International USA Corp. using CM/ECF which will send notification of such filing to:

Sharon Oras Morgan, Esquire
Fox Rothschild, LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE  19801-2323

      I have also served a true and correct copy of the foregoing Motion via first class mail to:

Anne Michelle Higgins, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

                                    HOLLSTEIN KEATING
                            CATTELL JOHNSON & GOLDSTEIN P.C.

                By:    /s/Lynne M. Parker
                         Lynne M. Parker, Bar ID No. 2811
                         1201 N. Orange Street, Suite 730
                         Wilmington, Delaware 19801
                         (302) 884-6700
                         lparker@hollsteinkeating.com