IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 07-484 (JJF) |
| v. | : | |
| | : | |
| MV DOBRUSH *IN REM*, HER ENGINES, | : | |
| BOILERS, ETC., WESTERN BULK | : | |
| CARRIERS K.S., and COMMERCIAL | : | |
| FLEET OF DONBASS, | : | |
| | : | |
| Defendants. | : | |

### ANSWER OF WESTERN BULK CARRIERS K/S. TO CROSSCLAIM OF DEFENDANTS M/V DOBRUSH, IN REM, AND COMMERCIAL FLEET OF DONBASS

Defendant, Western Bulk Carriers K/S incorrectly identified in the Complaint as Western Bulk Carriers A.S., ("Western Bulk") by and through counsel answers the Cross Claim of Defendants M/V Dobrush, *in rem*, and Commercial Fleet of Donbass (Cross-Claimant) upon information and belief as follows:

1.  Western Bulk incorporates by references its answers to paragraphs 1-9 of Plaintiff's Complaint as if fully set forth herein.

2-3.  The averments contained in paragraphs 2-3 call for a legal conclusion to which no response is required.

4.  Western Bulk lacks information or knowledge sufficient to form a belief as to the truth of the averments in this paragraph and are denied, and strict proof thereof is demanded at trial.

WHEREFORE, Western Bulk prays:

1)  that the Cross-Claims of Cross-Claimant be dismissed;

2)  that judgment be entered in favor of Western Bulk against Plaintiff; and

3)     for such other relief as this court deems equitable and just.

Dated: October 9, 2007

                                                                   **FOX ROTHSCHILD, LLP**

                                                                   Sharon Oras Morgan
                                                                   Fox Rothschild LLP
                                                                   919 North Market Street, Suite 1300
                                                                   Wilmington, DE 19899
                                                                   (302) 622-4246

                                                                   Attorney for Western Bulk Carriers K/S

Of Counsel:

A. Robert Degen, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2000 – Phone
(215) 299-2150 – Fax

WM1A 113044v1 10/09/07

## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, hereby certify that I caused to be served two copies of the foregoing *Answer of Western Bulk Carriers K/S to Cross Claim of Defendants M/V Dobrush, in rem, and Commercial Fleet of Donbass* this 9th day of October, 2007 upon the following counsel of record via First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801

Lynne M Parker, Esquire
Hollstein Keating Cattell
John & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE  19801

James F. Sweeney, Esquire
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005

_____
Sharon Oras Morgan