

# HOLLSTEIN KEATING
# CATTELL JOHNSON & GOLDSTEIN P.C.

| | | |
|---|---|---|
| PENNSYLVANIA OFFICE<br>Suite 2000, Eight Penn Center<br>1628 John F. Kennedy Boulevard<br>Philadelphia PA 19103<br>(215) 320-3260<br>FAX (215) 320-3261 | ATTORNEYS AT LAW<br><br>1201 NORTH ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>(302) 884-6700 | NEW JERSEY OFFICE<br>Willow Ridge Executive Office Park<br>750 Route 73 South – Suite 301<br>Marlton, NJ 08053<br>(856) 810-8860<br>Fax (856) 810-9316 |
| Lynne M. Parker<br>Member NJ, PA & DE Bars | FAX: (302) 573-2507 | E-mail Address<br>lmp@hkcjg.com |

October 11, 2007

**OUR FILE NO. 2242.00001**

**VIA ELECTRONIC FILING**

The Honorable Judge Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

      Re:    **MacSteel International USA Corp., v. M/V Dobrush in rem., et al.**
             **C.A. No. 07-484 (JJF)**

Dear Judge Farnan:

      The parties hereby jointly submit the enclosed proposed Rule 16 Scheduling Order for the court's consideration.

                                        Respectfully,

                                        HOLLSTEIN KEATING
                                        CATTELL JOHNSON & GOLDSTEIN P.C.

                By:   /s/ Lynne M. Parker
                          Lynne M. Parker
                          Delaware Bar #2811

LMP/apf
Enclosures

{2242.00001:APF3830}

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : |
| Plaintiff, | : |
| | :     Civil Action No. 07-484 (JJF) |
| v. | : |
| M/V DOBRUSH <u>in</u> <u>rem</u>, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : |
| Defendants. | : |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26 (f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange by October 31, 2007 the information required by Fed. R. Civ. P. 26(a) (1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before November 15, 2007.

3. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by January 10, 2008.

    (b) Maximum of 25 interrogatories by each party to any other party.

    (c) Maximum of 25 requests for admission by each party to any other party.

    (d) Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s). Depositions shall not commence until the discovery required by Paragraph 3 (a, b and c) are completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by April 10, 2008 from the defendant(s) by May 10, 2008.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

4. **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before November 30, 2007.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before June 15, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

7. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of civil Procedure and the

- 3 -

Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D.Del. LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b)  No facsimile transmissions will be accepted.

    (c)  No telephone calls shall be made to Chambers.

    (d)  Any party with a true emergency matter requiring the assistance of the Court shall e-mail chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

   8.  **Pretrial Conference and Trial.** After reviewing the parties Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

   The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____   _____
    DATE             UNITED STATES DISTRICT JUDGE

{2242.00001:APF3829}

## **CERTIFICATE OF SERVICE**

I, Lynne M. Parker, certify that a copy of the foregoing proposed Rule 16 Scheduling Order was filed with the Court via the Electronic Case Filing System, and was served on the below listed counsel of record through the same means:

| | |
|---|---|
| Sharon Oras Morgan, Esquire | Gary F. Seitz, Esquire |
| Fox Rothschild, LLP | Rawle & Henderson LLP |
| 919 North Market Street, Suite 1300 | 300 Delaware Ave., Suite 1015 |
| Wilmington, DE  19801-2323 | Wilmington, DE  19801 |

                         HOLLSTEIN KEATING
                         CATTELL JOHNSON & GOLDSTEIN P.C.

By:    /s/Lynne M. Parker
        Lynne M. Parker, Bar ID No. 2811
        1201 N. Orange Street, Suite 730
        Wilmington, Delaware 19801
        (302) 884-6700
        lparker@hollsteinkeating.com

DATED:  October 11, 2007

{2242.00001:APF3831}