UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 07-484 (JJF) |
| | : | |
| v. | : | |
| | : | |
| MV DOBRUSH IN REM, HER ENGINES, BOILERS, ETC., ET AL. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT WESTERN BULK CARRIERS' INITIAL DISCLOSURES**

Defendant, Western Bulk Carriers K/S by and through undersigned counsel provide initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as follows:

    A.     **Persons who may have discoverable information and may be called to testify:**

        1.     Patrick Irwin, c/o Joseph Irwin, Inc.
                2501 East Venango Street
                Philadelphia, PA 19134.

        2.     Richard Nesland
                Western Bulk Carriers
                Karenslyst Alle 8B
                N-0212 Oslo, Norway

        3.     Sarah Gillingham
                Western Bulk Claims
                Karenslyst Alle 8B
                N-0212 Oslo, Norway

        4.     Torunns Ellefsen
                Western Bulk Carriers K/S
                Karenslyst Alle 8B
                N-0212 Oslo, Norway

        5.     Master and Crew of MV DOBRUSH

    6.    William M. Ehrhard
          Trident Marine Surveyors
          175 Beach, 130th Street
          Bell Harbor, NY

    7.    Charles Kinzie
          Trident Marine Surveyors
          175 Beach, 130th Street
          Bell Harbor, NY

    8.    John Hughes
          110 East Pennsylvania Boulevard
          Feasterville, PA  19053

    9.    Any witness identified by other parties

**B.**    **Description of documents, data compilations and tangible things that may be used to support defense.**

    1.    Voyage Charter dated Limssol April 29, 2005;

    2.    Time Charter dated London January 15, 2007;

    3.    Survey Report No. 175170-Joseph Irwin, Inc. dated March 12, 2007;

    4.    Mates' receipts;

    5.    Preload/loading Survey;

    6.    Stowage Plan;

    7.    Hatch List

    8.    Piece Count;

    9.    Block Stow Plans;

**C.**    **Computation of Damages**

    N/A

**D.     Availability of Insurance**

Western Bulk Carriers K/S is entered with Assuranceforeningen Gard for protection and indemnity cover.

                               FOX ROTHSCHILD LLP

                               By:    /s/ Sharon Oras Morgan
                                       Sharon Oras Morgan
                                       919 North Market Street
                                       Suite 1300
                                       Wilmington, DE  19801

                                       Attorneys for Defendant/Cross-Claimant
                                       Western Bulk Carriers K/S

Dated:  October 23, 2007

## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, hereby certify that I caused to be served two copies of the foregoing *Defendant Western Bulk Carriers K/S Initial Disclosures* this 23rd day of October, 2007 upon the following counsel of record via First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801

Lynne M Parker, Esquire
Hollstein Keating Cattell
John & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE  19801

James F. Sweeney, Esquire
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005

/s/ Sharon Oras Morgan
Sharon Oras Morgan