IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : |
| Plaintiff, | : |
| | : Civil Action No. 07-484 (JJF) |
| v. | : |
| M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : |
| Defendants. | : |

**PLAINTIFF MACSTEEL INTERNATIONAL
USA CORP.'S INITIAL DISCLOSURE**

Plaintiff MacSteel International USA Corp. by and through its undersigned counsel, hereby provides its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as follows:

    **A.**     **Persons who may have discoverable information and may be called to testify:**

    1.     Mr. William Matteo
    Ms. Anna Maria Campo
    MacSteel International USA Corp.
    333 Westchester Avenue
    White Plains, New York

    2.     Captain A. Seleznev
    IMCS
    P.O. Box 52
    1st Line V.O.
    Saint Petersburg, Russia 199034

    3.     Daniel Iadisernia
    Quality Assurance Manager
    Primary Steel LLC
    20 Davidson Lane
    New Castle, Delaware

4. Robert DeMarco
   General Manager
   Primary Steel LLC
   20 Davidson Lane
   New Castle, Delaware

5. William M. Ehrhard
   Trident Marine Surveyors
   175 Beach, 130th Street
   Bell Harbor, NY

6. Charles Kinzie
   Trident Marine Surveyors
   175 Beach, 130th Street
   Bell Harbor, NY

7. John Hughes
   110 East Pennsylvania Boulevard
   Feasterville, PA 19053

8. Representative of Steel Salvor
   3027 Marine Bay Drive
   Suite 350
   League City, Texas 77573

9. Any witness identified by other parties

**B. Description of documents, data compilations and tangible things that may be used to support plaintiff's claims:**

1. Final Claim Statement;
2. Bills of Lading dated January 28, 2007;
3. Mill Test Certificates;
4. Packing Lists;
5. MacSteel International USA Corp. Commercial Invoices;
6. Report of Outturn Survey with photographs;
7. Preload/Loading Port Report of Survey;
8. Primary Steel LLC Purchase Orders;
9. Steel Salvor Account Sale and Release
10. Severstal Export GmbH Commercial Invoices;
11. Primary Steel LLC's Invoices (rejections);
12. MacSteel International USA Corp. Credit Notes;
13. Trident Marine Surveyors, Inc. Addendum Survey Report No. 07-2975;
14. Stillwell & Gladding report of Analysis;
15. Photographs taken during various surveys;
16. Trident marine Surveyors, Inc. Survey Report No. 07-2978
17. Any document(s) identified by other parties.

C.  **Computation of Damages**

See Final Claim Statement, attached.

D.  **Availability of Liability Insurance**

Not Applicable.

                HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
    Lynne M. Parker, Bar No. 2811
    1201 N. Orange Street, Suite 730
    Wilmington, Delaware 19801
    (302) 884-6700
    Attorneys for Plaintiff
    MacSteel International USA Corp.

Dated: October 26, 2007

{2242.00001:APF3980}

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, Esquire, hereby certify that I caused to be served two copies of the foregoing PLAINTIFF MACSTEEL INTERNATIONAL USA CORP.'S INITIAL DISCLOSURES this 26th day of October, 2007 upon the following counsel of record via the Electronic Case Filing System and First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801

                                      HOLLSTEIN KEATING
                            CATTELL JOHNSON & GOLDSTEIN P.C.

                            By:    /s/Lynne M. Parker
                                  Lynne M. Parker, Bar ID No. 2811
                                  1201 N. Orange Street, Suite 730
                                  Wilmington, Delaware 19801
                                  (302) 884-6700
                                  lparker@hollsteinkeating.com

MACSTEEL INTERNATIONAL USA CORPORATION  
333 WESTCHESTER AVENUE  
SUITE 101  
WHITE PLAINS, NEW YORK 10604  
TEL: 914-872-2615  
FAX 914-872-2722  

AON RISICO MANAGEMENT  
2-4 PAALBERGWEG, AMSTERDAM - Z.O.  
THE NETHERLANDS  

July 23, 2007  
CLAIM NO.: 200002863-M  
VESSEL: DOBRUSH  
DISPORT: WILMINGTON, DELAWARE  
B/L NO. WBCA 100051626,627,628,632,633,634  
B/L DATE: JANUARY 28, 2007  
MATERIAL: FLOOR PLATE STEEL COILS,  
HOT ROLLED STEEL COILS AND PLATES  
CUSTOMER: PRIMARY STEEL INC.  

## FINAL CLAIM STATEMENT

Enclosed is a full set of documents in support of our claim on you for the following losses for which an early settlement will be appreciated.

SALTWATER RUST DAMAGE AS PER TRIDENT MARINE SURVEY REPORT NO. 07-2978

| FLOOR PLATE COILS | SIZE | #OF PCS | WEIGHT LBS. | PRICE/CWT | INVOICE VALUE | | |
|---|---|---|---|---|---|---|---|
| | Various | 57 coils plus | 1,873,556 | $29.85 | 559,256.47 | | |
| | Various | 178 pcs cut from 2 coils | 55,908 | $29.85 | 16,688.54 | | |
| | | 59 coils | 1,929,464 | | $575,945.00 | | |
| | | | | | INSURED VALUE | | $633,539.50 |
| | | | LESS SALVAGE 5 COILS 165,107 LBS. @ $29.85/CWT | | | | ($49,284.44) |
| | NET SALVAGE 48 COILS 1,583,670 LBS. @ $24.00/CWT (DEDUCTED INTEREST ON 90 DAY TERMS) | | | | | | ($372,004.09) |
| | | | LESS SALVAGE 4 COILS 124,779 LBS. @ $17.05/CWT | | | | ($21,277.94) |
| | NET SALVAGE 178 CUT PCS 55,908 LBS. @ $24.00/CWT (DEDUCTED INTEREST ON 90 DAY TERMS) | | | | | | ($13,132.79) |
| | | | | | CLAIM VALUE | | $177,840.24 |

| HOT ROLLED COILS | SIZE | #OF PCS | WEIGHT LBS. | PRICE/CWT | INVOICE VALUE | | |
|---|---|---|---|---|---|---|---|
| | .361" x 72" | 3 | 6,405 | $27.60 | 1,767.78 | | |
| | .236" x 72" | 2 | 2,617 | $27.60 | 722.29 | | |
| | .178" x 72" | 2 | 3,217 | $27.60 | 887.89 | | |
| | .178" x 60" | 4 | 7,210 | $28.10 | 2,026.01 | | |
| | .240" x 60" | 8 | 18,944 | $28.10 | 5,323.26 | | |
| | .303" x 60" | 1 | 1,299 | $28.10 | 365.02 | | |
| | | 20 | 39,692 | | $11,092.26 | | |
| | | LESS SCRAP ALLOWANCE @ $10.00/CWT | | | ($3,969.20) | | |
| | | | | LOSS | $7,123.06 | | |
| | | | | | CLAIM VALUE | | $7,835.36 |

| HOT ROLLED PLATES | SIZE | #OF PCS | WEIGHT LBS. | PRICE/CWT | INVOICE VALUE | | |
|---|---|---|---|---|---|---|---|
| | .3125" x 96" x 20ft | 1 | 2,041 | $34.50 | 704.15 | | |
| | .375" x 96" x 20ft | 76 | 186,275 | $34.50 | 64,264.88 | | |
| | .50" x 96" x 20ft | 43 | 140,481 | $34.50 | 48,465.95 | | |
| | .625" x 96" x 20ft | 1 | 4,085 | $34.50 | 1,409.33 | | |
| | 1.00" x 96" x 20ft | 7 | 45,724 | $34.50 | 15,774.78 | | |
| | | 128 | 378,606 | | $130,619.07 | | |
| | | | | | INSURED VALUE | | $143,680.98 |
| | | LESS SALVAGE 378,606 LBS. @ $31.50/CWT | | | | | ($118,468.98) |
| | | | | | CLAIM VALUE | | $25,212.00 |
| | | | | | | | $2,559.00 |
| | | | PLUS SURVEY FEE | | | | ($10,000.00) |
| | | | LESS DEDUCTIBLE | | | | |
| | | | | | CLAIM VALUE | | $203,446.60 |

ENCLOSURES:  
SALES INVOICES  
OCEAN BILLS OF LADING  
SUPPLIER INVOICES  
PACKING LISTS  
INSURANCE DECLARATION  
CREDIT NOTES TO THE CUSTOMER  
DEBIT NOTES FROM THE CUSTOMER  
LOAD SURVEY REPORT WITH PICTURES  
DISCHARGE SURVEY REPORT WITH PICTURES  
FINAL DAMAGE SURVEY REPORT WITH PICTURES  
SURVEYOR INVOICE  
SALVAGE SALE INVOICES AND PURCHASE ORDERS  
STEELSALVOR ACCOUNT SALVAGE SALE AND PROOF OF PAYMENT