IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| M/V DOBRUSH in rem, her engines boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : | NO. 07-484 (JJF) |
| Defendants | : | |

**DEFENDANTS M/V DOBRUSH, *IN REM*, AND
COMMERCIAL FLEET OF DONBASS'
<u>INITIAL DISCLOSURES</u>**

Defendants, M/V DOBRUSH, *in rem*, and Commercial Fleet of Donbass ("Donbass"), by and through their attorneys, Rawle & Henderson LLP, hereby submit the following initial disclosures pursuant o Fed.R.Civ.P. 26(a)(1).

Defendants' disclosures are based upon information available to defendants thus far. Defendants reserve the right to amend or supplement this disclosure as discovery continues. Defendants do not represent that they are identifying every document or tangible thing that is possibly relevant to this lawsuit and defendants do not waive their right to withhold production of any document or tangible thing disclosed on the basis of any privilege, work product doctrine, relevancy, undue burden or any other valid objection.

A.   The name, and if known, the address of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

RESPONSE: Defendants' may rely upon any of the following witnesses:

2181261-1

1. Captain Mykola Lukin

2. Chief Mate Albert Kostenko

3. Botswain Viktor Kozyrenko

4. Representatives of Severstal Export GMBH

5. Witnesses identified by the other parties.

Defendants reserve the right to supplement this response as discovery progresses since their investigation is ongoing.

**B.    A copy of, or a description by category and location of, all documents, data compilations in it, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

RESPONSE: Defendants may rely upon any of the following documents or materials:

1. Ocean bills of lading

2. Sea protest

3. Logbook extract

4. M/V DOBRUSH Final Cargo Plan

5. Mate's Receipts

6. Preloading/loading survey

7. Documents identified by the other parties.

Defendants reserve the right to supplement this response as discovery progresses since their investigation is ongoing.

**C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 of the documents or other evidentiary material not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of the injuries suffered:**

RESPONSE: Not applicable.

2181261-1

D.   For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

RESPONSE:   The vessel M/V DOBRUSH and Commercial Fleet of Donbass, as her owners, are entered with British Marine Luxembourg SA for protection and indemnity pursuant to the terms and conditions of the applicable Club Rules.

RAWLE & HENDERSON LLP

By:   /s/ Gary F. Seitz
Gary F. Seitz (No. 4457)
Attorneys for Defendants,
M/V DOBRUSH, *in rem*, and
Commercial Fleet of Donbass ("Donbass")
300 Delaware Ave., Suite 1015
Wilmington, DE 19801
Phone: 302-7781200
Fax: 302-778-1400

Dated: October 31, 2007

2181261-1

## CERTIFICATE OF SERVICE

I, Gary F. Seitz, certify that a copy of the foregoing pleading was filed with the Court via the Electronic Case Filing System, and was served on the below listed counsel of record through the same means, unless they are not registered to receive filings electronically, in which case service was made by U.S. Mail, postage pre-paid.

> Lynne M. Parker, Esquire
> HOLLSTEIN KEATING CATTELL
> JOHNSON & GOLDSTEIN, P.C.
> 1201 North Orange Street, Suite 730
> Wilmington, DE 19801
>
> James F. Sweeney, Esquire
> NICOLETTI HORNIG & SWEENEY
> Wall Street Plaza
> 88 Pine Street, 7th Floor
> New York, NY 10005
>
> Sharon Oras Morgan, Esquire
> FOX ROTHSCHILD LLP
> 919 North Market Street
> Suite 1300
> Wilmington, DE 19801

> RAWLE & HENDERSON LLP
>
> By:   /s/Gary F. Seitz
> Gary F. Seitz (No. 4457)
> Attorneys for Defendants,
> M/V DOBRUSH, *in rem*, and
> Commercial Fleet of Donbass ("Donbass")
> 300 Delaware Ave., Suite 1015
> Wilmington, DE 19801
> Phone: 302-778-1200
> Fax: 302-778-1400

DATED: 10/31/07

2015460-1