IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : | |
| Plaintiff, | : | |
| v. | : | Civ. Act. No. 07-484-JJF (LPS) |
| M/V DOBRUSH in rem, et al., | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the Court has referred this matter to Magistrate Judge Stark pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Magistrate Judge shall regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2.    All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

November 2 , 2007
                DATE

_____
UNITED STATES DISTRICT JUDGE