### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 07-484 (JJF) |
| v. | : | |
| | : | |
| M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : | |
| Defendants. | : | |

### REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff requests, pursuant to Rule 34 of the Federal Rules of Civil Procedure, that defendants produce and permit plaintiff to inspect and copy each of the following documents and materials at the offices of HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C., within thirty (30) days of the date of service hereof:

1. As to the vessel:

    (a) The general arrangement plans;

    (b) The capacity plans;

    (c) All maintenance and repair records for the vessel's cargo holds;

    (d) All Classification Society files and reports;

    (e) All photographs.

2. As to the instant voyage:

{2242.00001:APF4194}

(a) The deck log books, both rough and smooth copies;

(b) The engine log books, both rough and smooth copies;

(c) The voyage repair reports;

(d) Log extracts and/or voyage reports;

(e) Stowage plan;

(f) All loading and discharging reports;

(g) Chief Engineer's workbook;

(h) All repair requisitions;

(i) All repair work orders;

(j) All protests;

(k) All Stevedore invoices;

(l) All cargo records;

(m) All photographs taken of the ship and/or cargo before, during and/or after the voyage;

(n) All Master's or Mate's receipts;

(o) All records and reports concerning ventilation of the cargo and the vessel's cargo holds;

(p) All records and reports concerning soundings of the bilge tanks;

(q) All charterparties;

(r) All records and reports of the temperature, dew points and relative humidity in the cargo holds;

      (s)    The ventilation log

3. As to the cargo:

    (a)    The Chief Mate's receipts;

    (b)    All dock receipts;

    (c)    Cargo manifests;

    (d)    All delivery receipts;

    (e)    The original, accomplished bills of lading;

    (f)    All survey and/or analysis reports;

    (g)    All loading reports;

    (h)    All tallies;

    (i)    Non-negotiable bills of lading;

    (j)    All samples;

    (k)    All Over, Short & Damage (OS&D) Reports;

    (l)    All photographs;

4. Any and all memoranda or writings or other materials reflecting or indicating damage to the subject cargo or the cause thereof.

5. Defendants' and their P & I Clubs' claim files for the subject voyage.

6. All correspondence, communications and/or writings concerning this cargo between the defendants and

    (a)    All ports agents;

    (b)    Agents or representatives of the shipowner;

{2242.00001:APF4194}

    (c)  P & I agents or representatives;

    (d)  All surveyors;

    (e)  All underwriting representatives or agents;

    (f)  Defendants' personnel agents or representatives.

    (g)  The vessel's officers and/or crew members.

  7. All weather logs, weather forecasts, routing data and/or other weather records for the instant voyage.

  8. All items defendants will or may rely upon in the defense of this action.

      HOLLSTEIN KEATING
      CATTELL JOHNSON & GOLDSTEIN P.C.

    By: /s/ Lynne M. Parker
      Lynne M. Parker, Bar No. 2811
      1201 N. Orange Street, Suite 730
      Wilmington, Delaware 19801
      (302) 884-6700
      Attorneys for Plaintiff

Dated: November 9, 2007

{2242.00001:APF4194}

## **CERTIFICATE OF SERVICE**

I, Lynne M. Parker, Esquire, hereby certify that I caused to be served copies of the foregoing REQUEST FOR PRODUCTION OF DOCUMENTS this 9th day of November, 2007 upon the following counsel of record via the Electronic Case Filing System and First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801

        HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
    Lynne M. Parker, Bar No. 2811
    1201 N. Orange Street, Suite 730
    Wilmington, Delaware 19801
    (302) 884-6700
    Attorneys for Plaintiff

Dated: November 9, 2007

{2242.00001:APF4194}