## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 07-484 (JJF) |
| v. | : | |
| | : | |
| M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : : : : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

**S I R S :**

        **PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 26, et seq., and in particular Rule 30, Plaintiff will take the deposition of Defendant, WESTERN BULK CARRIERS A.S., by its President, Vice President, or other person having knowledge of the facts herein, before a Notary Public or other person duly authorized to administer oaths at the offices of HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C., 1201 North Orange Street, Suite 730, Wilmington, Delaware 19801, at **9:30** a.m. on the **19th** day of **December,** 2007, and continuing thereafter from day to day until completed.

{2242.00001:APF4195}

**PLEASE TAKE FURTHER NOTICE** that said Defendant is required to produce at that same time and place all materials, documents or other items denoted in our Request for Production of Documents.

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
     Lynne M. Parker, Bar No. 2811
     1201 N. Orange Street, Suite 730
     Wilmington, Delaware 19801
     (302) 884-6700
     Attorneys for Plaintiff

Dated: November 9, 2007

{2242.00001:APF4195}

## <u>CERTIFICATE OF SERVICE</u>

I, Lynne M. Parker, Esquire, hereby certify that I caused to be served  copies of the foregoing NOTICE OF DEPOSITION this 9th day of November, 2007 upon the following counsel of record via the Electronic Case Filing System and First Class U.S. Mail:


Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801


                    HOLLSTEIN KEATING
              CATTELL JOHNSON & GOLDSTEIN P.C.

              By: /s/ Lynne M. Parker
                    Lynne M. Parker, Bar No. 2811
                    1201 N. Orange Street, Suite 730
                    Wilmington, Delaware 19801
                    (302) 884-6700
                    Attorneys for Plaintiff

Dated: November 9, 2007


{2242.00001:APF4195}

- 3 -