# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : |
| Plaintiff, | : |
| | : Civil Action No. 07-484 (JJF) |
| v. | : |
| M/V DOBRUSH <u>in</u> <u>rem</u>, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

**S I R S :**

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 26, <u>et</u> <u>seq</u>., and in particular Rule 30, Plaintiff will take the deposition of Defendant, COMMERCIAL FLEET OF DONBASS, by the Master and/or Chief Mate of the M/V DOBRUSH on the subject voyage, before a Notary Public or other person duly authorized to administer oaths at the offices of HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C., 1201 North Orange Street, Suite 730, Wilmington, Delaware 19801, at **9:30** a.m. on the **18th** day of **December,** 2007, and continuing thereafter from day to day until completed.

{2242.00001:APF4196}

**PLEASE TAKE FURTHER NOTICE** that said Defendant is required to produce at that same time and place all materials, documents or other items denoted in plaintiff's Request for Production of Documents.

                  HOLLSTEIN KEATING
              CATTELL JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
    Lynne M. Parker, Bar No. 2811
    1201 N. Orange Street, Suite 730
    Wilmington, Delaware 19801
    (302) 884-6700
    Attorneys for Plaintiff

Dated: November 9, 2007

{2242.00001:APF4196}

**CERTIFICATE OF SERVICE**

      I, Lynne M. Parker, Esquire, hereby certify that I caused to be served two copies of the foregoing NOTICE OF DEPOSITION this 9th day of November, 2007 upon the following counsel of record via the Electronic Case Filing System and First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801

                              HOLLSTEIN KEATING
                        CATTELL JOHNSON & GOLDSTEIN P.C.

                        By: /s/ Lynne M. Parker
                            Lynne M. Parker, Bar No. 2811
                            1201 N. Orange Street, Suite 730
                            Wilmington, Delaware 19801
                            (302) 884-6700
                            Attorneys for Plaintiff

Dated: November 9, 2007

{2242.00001:APF4196}