IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 07-484 (JJF) |
| v. | : | |
| | : | |
| MV DOBRUSH *IN REM*, HER ENGINES, BOILERS, ETC., WESTERN BULK CARRIERS K.S., and COMMERCIAL FLEET OF DONBASS, | : : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of December, 2007, the **Response of Defendant Western Bulk Carriers K/S to Plaintiffs Request for Production of Documents** was served upon the following counsel of record via First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801

Lynne M Parker, Esquire
Hollstein Keating Cattell
John & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE  19801

WM1A 155737v1 12/11/07

James F. Sweeney, Esquire
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY  10005

FOX ROTHSCHILD LLP

By: _____
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE  19801-2323
Phone:  (302) 655-3667
Fax:      (302) 656-8920

WM1A 155737v1 12/11/07

## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, hereby certify that I caused to be served two copies of the foregoing *Response of Western Bulk Carriers K/S to Plaintiff's Request for Production of Documents* this 11th day of December, 2007 upon the following counsel of record via First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Lynne M Parker, Esquire
Hollstein Keating Cattell
John & Goldstein, P.C.
1201 North Orange Street, Suite 730
Wilmington, DE 19801

James F. Sweeney, Esquire
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005

_____
Sharon Oras Morgan (I.D. No. 4287)