IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : |
| Plaintiff, | : |
| | : Civil Action No. 07-484 -JJF-LPS |
| v. | : |
| | : |
| M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

**SIRS:**

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. Rule 30 (b) (6), Plaintiff will take the deposition of Defendant, COMMERCIAL FLEET OF DONBASS, by the person or persons most knowledgeable about the handling, investigation and processing of cargo claims on the subject voyage, before a Notary Public or other person duly authorized to administer oaths at the offices of HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C., 1201 North Orange Street, Suite 730, Wilmington, Delaware 19801, at **9:30** a.m. on the **21st** day of **February, 2008,** and continuing thereafter from day to day until completed.

{2242.00001:APF4866}

**PLEASE TAKE FURTHER NOTICE** that said Defendant is required to produce at that same time and place all materials, documents files, correspondence or other items concerning the handling, investigation and processing of cargo claims on the subject voyage.

                                        HOLLSTEIN KEATING
                                    CATTELL JOHNSON & GOLDSTEIN P.C.

                                  By: /s/ Lynne M. Parker
                                      Lynne M. Parker, Bar No. 2811
                                      1201 N. Orange Street, Suite 730
                                      Wilmington, Delaware 19801
                                      (302) 884-6700
                                      Attorneys for Plaintiff

Dated: February 1, 2008

{2242.00001:APF4866}.

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, Esquire, hereby certify that I caused to be served two copies of the foregoing NOTICE OF DEPOSITION this 1st day of February, 2008 upon the following counsel of record via the Electronic Case Filing System and First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801

        HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
    Lynne M. Parker, Bar No. 2811
    1201 N. Orange Street, Suite 730
    Wilmington, Delaware 19801
    (302) 884-6700
    Attorneys for Plaintiff

{2242.00001:APF4866}