# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : |
| Plaintiff, | : |
| | : Civil Action No. 07-484-JJF-LPS |
| v. | : |
| | : |
| M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

**S I R S:**

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. Rules 26, 30 and 45, Plaintiff will take the deposition of Mr. J.M. Hughes before a Notary Public or other person duly authorized to administer oaths at the offices of HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN P.C., 8 Penn Center, Suite 2000, 1628 JFK Boulevard, Philadelphia, Pennsylvania, at **10:00** a.m. on the **11th** day of **March, 2008**, and continuing thereafter from day to day until completed. A copy of the *Subpoena Duces Tecum* is attached.

You are invited to attend and cross-examine.

                                        HOLLSTEIN KEATING
                              CATTELL JOHNSON & GOLDSTEIN P.C.

                              By: /s/ Lynne M. Parker
                                  Lynne M. Parker, Bar No. 2811
                                  1201 N. Orange Street, Suite 730
                                  Wilmington, Delaware 19801
                                  (302) 884-6700
                                  Attorneys for Plaintiff

Dated: February 11, 2008
{2242.00001:APF4926}

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, Esquire, hereby certify that I caused to be served two copies of the foregoing NOTICE OF DEPOSITION this 11th day of February, 2008 upon the following counsel of record via the Electronic Case Filing System and First Class U.S. Mail:

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801

                        HOLLSTEIN KEATING
                     CATTELL JOHNSON & GOLDSTEIN P.C.

By: /s/ Lynne M. Parker
    Lynne M. Parker, Bar No. 2811
    1201 N. Orange Street, Suite 730
    Wilmington, Delaware 19801
    (302) 884-6700
    Attorneys for Plaintiff

Dated: February 11, 2008

{2242.00001:APF4926}

# EXHIBIT A

Case 1:07-cv-00484-JJF-LPS    Document 22-2    Filed 02/11/2008    Page 1 of 2

AO88 (DE Rev. 01/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

MACSTEEL INTERNATIONAL USA CORP.

V.

M/V DOBRUSH in rem, her engines, boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:07-CV-484-JJF-LPS

TO:
Mr. J.M. Hughes
c/o J.M. Hughes Co. Ltd.
701 North Broadway
Gloucester City, New Jersey 08030

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Hollstein Keating Cattell Johnson & Goldstein, PC 8 Penn Center, Suite 2000, 1628 JFK Boulevard, Philadelphia, PA | 10:00 a.m. March 11, 2008 |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all reports, photographs, files, correspondence, papers, communciations, documents and/or other written materials concerning: (1) The discharge of cargo from the M.V. DOBRUSH in Wilmington, Delaware during the period February 23, 2007 through February 25, 2007; (2) Surveys and/or inspections of cargoes discharged from the M.V. DOBRUSH

| PLACE | DATE AND TIME |
|---|---|
| Hollstein Keating Cattell Johnson & Goldstein 8 Penn Center, Suite 2000, 1628 JFK Boulevard, Philadephia, PA | 10:00 a.m. March 11, 2008 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE
*[signature]* M. Parker, Esquire - Attorneys for Plaintiff    2/11/08

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lynne M. Parker, Esquire
Hollstein Keating Cattell Johnson & Goldstein P.C.
1201 N. Orange St., Suite 730, Wilmington, DE 19801

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.