

# HOLLSTEIN KEATING
# CATTELL JOHNSON & GOLDSTEIN P.C.

| PENNSYLVANIA OFFICE<br>Suite 2000, Eight Penn Center<br>1628 John F. Kennedy Boulevard<br>Philadelphia PA 19103<br>(215) 320-3260<br>FAX (215) 320-3261 | ATTORNEYS AT LAW<br><br>1201 NORTH ORANGE STREET, SUITE 730<br>WILMINGTON, DE 19801<br>(302) 884-6700 | NEW JERSEY OFFICE<br>Willow Ridge Executive Office Park<br>750 Route 73 South – Suite 301<br>Marlton, NJ 08053<br>(856) 810-8860<br>Fax (856) 810-9316 |
|---|---|---|
| Lynne M. Parker<br>Member NJ, PA & DE Bars | FAX: (302) 573-2507 | E-mail Address<br>lmp@hkcjg.com |

February 12, 2008

**OUR FILE NO. 2242.00001**

**VIA ELECTRONIC FILING**

The Honorable Judge Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

The Honorable Magistrate Judge Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 26
Wilmington, DE 19801

  Re: MacSteel International USA Corp., v. M/V Dobrush in rem., et al.
     C.A. No. 07-484-JJF-LPS

Dear Judge Farnan and Magistrate Stark:

  We are pleased to advise the Court that the parties have reached a resolution in the above captioned matter. We expect that the parties will be in a position to file a Stipulation of Dismissal within 30 days.

            Respectfully,

            HOLLSTEIN KEATING
            CATTELL JOHNSON & GOLDSTEIN P.C.

            By: /s/ Lynne M. Parker
               Lynne M. Parker
               Delaware Bar #2811

LMP/apf
cc: Gary F. Seitz, Esquire
   Sharon Oras Morgan, Esquire

{2242.00001:APF4956}