## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| M/V DOBRUSH <u>in rem</u>, her engines boilers, etc., WESTERN BULK CARRIERS A.S., and COMMERCIAL FLEET OF DONBASS, | : | **NO. 07-484** (JJF–LPS) |
| Defendants | : | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY AGREED AND STIPULATED** by Plaintiff, MacSteel

International, USA, Corp. and the M/V DOBRUSH, *in rem*, Western Bulk Carriers A.S.

and Commercial Fleet of Donbass, Defendants, by and through their undersigned attorneys,

that all claims in the above-referenced action are hereby **dismissed with prejudice**.

| HOLLSTEIN KEATING CATTELL JOHNSON & GOLDSTEIN, P.C. | RAWLE & HENDERSON, LLP | FOX ROTHSCHILD LLP |
|---|---|---|
| Lynne M. Parker (No.2811) 1201 North Orange Street, Suite 730 Wilmington, DE 19801 | Gary F. Seitz (No. 4457) 300 Delaware Ave. Suite 1015 Wilmington, DE 19801 | Sharon Oras Morgan (No. #) 919 North Market Street Suite 1300 Wilmington, DE 19801 |
| Attorneys for plaintiffs MacSteel International USA Corp | Attorneys for Defendants, M/V DOBRUSH, *in rem,* and Commercial Donbass | Attorneys for Defendant Western Bulk Carriers A.S. |

SO ORDERED, this _____ day of _____, 2008.

_____
                                     U.S.D.J.

## CERTIFICATE OF SERVICE

I, Lynne M. Parker, certify that a copy of the foregoing Stipulation of Dismissal was filed with the Court via the Electronic Case Filing System, and was served on the below listed counsel of record through the same means:

Sharon Oras Morgan, Esquire
Fox Rothschild, LLP
919 North Market Street, Suite 1300
Wilmington, DE  19801-2323

Gary F. Seitz, Esquire
Rawle & Henderson LLP
300 Delaware Ave., Suite 1015
Wilmington, DE  19801

HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.

By:____/s/Lynne M. Parker_____
        Lynne M. Parker, Bar ID No. 2811
        1201 N. Orange Street, Suite 730
        Wilmington, Delaware 19801
        (302) 884-6700
        lparker@hollsteinkeating.com

DATED:  May 8, 2008